TENISON et al. v. DONIGAN et al.
(No. 1067.)

(Court of Civil Appeals of Texas. El Paso. Feb. 26, 1920. Rehearing Denied April 15, 1920.)

Appeal and error 79(1), 80(1)—Judgment for defendants making no disposition as to particular plaintiff not final.

Judgment for defendants in action for specific performance, which, though specific as to certain plaintiffs, makes no disposition as to one of the plaintiffs, held not a final judgment, and not within jurisdiction of appellate court.

Appeal from District Court, Erath County; J. B. Keith, Judge.

Suit by Mrs. N. N. Tenison and others against Dr. P. M. Donigan and others. Judgment for defendants, and plaintiffs appeal. Case dismissed.

M. T. Lively and Adams & Stennis, all of Dallas, and Wm. Arch Jones, of Stephenville, for appellants.

Chandler & Pannill, of Stephenville, for appellees.

WALTHALL, J. This suit was brought by Mrs. N. N. Tenison, a feme sole, J. B. Cranfill,

W. J. Frees, and V. K. Osigan, appellants, against Dr. P. M. Donigan and wife, Rebecca Donigan, to enforce specific performance of a written instrument for the lease of real estate for oil and mineral purposes, and, in the alternative, for damages.

On a number of issues submitted to the jury and the findings made thereon in favor of the defendants, appellees here, the court entered judgment in favor of appellees, but the judgment, so far as the record discloses, while specific as to Tenison, Cranfill, and Osigan, makes no disposition of the plaintiff W. J. Frees. Frees was the principal actor for himself and his associates. He joined with them in the suit, asking judgment jointly with them for specific performance of the contract for a lease on the real estate described, and, in the alternative, for damages.

A judgment which does not dispose of all the parties and issues is not a final judgment.

Willis v. Keator, 181 S. W. 556; Bryant v. Moore, 169 S. W. 395; Duke v. Trabue, 180 S. W. 910.

There being no final judgment entered, this court is without jurisdiction, and the case is dismissed.